Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-361-008**

**Effective Date of Registration:**
July 19, 2023
**Registration Decision Date:**
September 05, 2023

## Title

| | |
|---|---|
| **Title of Work:** | Tender Love |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 1999 |
| **Date of 1st Publication:** | January 31, 2000 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Sandra E. Kuck |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Sandra E. Kuck |
| | 10318 Buena Ventura Drive, Boca Raton, FL, 33498 |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Looking Good Licensing, LLC. |
| **Name:** | Paul Wheeler, Jr. |
| **Email:** | paul@lookinggoodlicensing.com |
| **Telephone:** | (802)362-4882 |
| **Alt. Telephone:** | (860)248-9838 |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | July 19, 2023 |

Page 1 of 2



## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

**VA 2-361-874**

**Effective Date of Registration:**
July 19, 2023
**Registration Decision Date:**
September 11, 2023

---

### Title

| | |
|---|---|
| **Title of Work:** | Winter Angel |

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2000 |
| **Date of 1st Publication:** | January 31, 2001 |
| **Nation of 1st Publication:** | United States |

### Author

| | |
|---|---|
| **Author:** | Sandra E. Kuck |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

### Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Sandra E. Kuck |
| | 10318 Buena Ventura Drive, Boca Raton, FL, 33498 |

### Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Looking Good Licensing, LLC. |
| **Name:** | Paul Wheeler, Jr. |
| **Email:** | paul@lookinggoodlicensing.com |
| **Telephone:** | (802)362-4882 |
| **Alt. Telephone:** | (860)248-9838 |

### Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | July 19, 2023 |

Page 1 of 2



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

**VA 2-362-311**

**Effective Date of Registration:**
July 19, 2023

**Registration Decision Date:**
September 13, 2023

---

## Title

**Title of Work:** Angel Kisses

## Completion/Publication

**Year of Completion:** 1998
**Date of 1st Publication:** January 31, 1999
**Nation of 1st Publication:** United States

## Author

**Author:** Sandra E. Kuck
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Sandra E. Kuck
10318 Buena Ventura Drive, Boca Raton, FL, 33498

## Rights and Permissions

**Organization Name:** Looking Good Licensing, LLC.
**Name:** Paul Wheeler, Jr.
**Email:** paul@lookinggoodlicensing.com
**Telephone:** (802)362-4882
**Alt. Telephone:** (860)248-9838

## Certification

**Name:** David Denholm
**Date:** July 19, 2023



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-361-026

**Effective Date of Registration:**
July 19, 2023
**Registration Decision Date:**
September 05, 2023

---

## Title

| | |
|---|---|
| **Title of Work:** | Heavenly Gift |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 1997 |
| **Date of 1st Publication:** | January 31, 1998 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Sandra E. Kuck |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Sandra E. Kuck |
| | 10318 Buena Ventura Drive, Boca Raton, FL, 33498 |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Looking Good Licensing, LLC. |
| **Name:** | Paul Wheeler, Jr. |
| **Email:** | paul@lookinggoodlicensing.com |
| **Telephone:** | (802)362-4882 |
| **Alt. Telephone:** | (860)248-9838 |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | July 19, 2023 |



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

## VA 2-362-327

**Effective Date of Registration:**
July 19, 2023
**Registration Decision Date:**
September 13, 2023

---

### Title

| | |
|---|---|
| **Title of Work:** | Butterfly Angel |

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 1995 |
| **Date of 1st Publication:** | January 31, 1996 |
| **Nation of 1st Publication:** | United States |

### Author

| | |
|---|---|
| **Author:** | Sandra E. Kuck |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

### Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Sandra E. Kuck |
| | 10318 Buena Ventura Drive, Boca Raton, FL, 33498 |

### Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Looking Good Licensing, LLC. |
| **Name:** | Paul Wheeler, Jr. |
| **Email:** | paul@lookinggoodlicensing.com |
| **Telephone:** | (802)362-4882 |
| **Alt. Telephone:** | (860)248-9838 |

### Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | July 19, 2023 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

Registration Number

## VA 2-362-331

**Effective Date of Registration:**
July 19, 2023
**Registration Decision Date:**
September 13, 2023

---

## Title

**Title of Work:** Gifts from an Angel

## Completion/Publication

**Year of Completion:** 1995
**Date of 1st Publication:** January 31, 1996
**Nation of 1st Publication:** United States

## Author

**Author:** Sandra E. Kuck
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Sandra E. Kuck
10318 Buena Ventura Drive, Boca Raton, FL, 33498

## Rights and Permissions

**Organization Name:** Looking Good Licensing, LLC.
**Name:** Paul Wheeler, Jr.
**Email:** paul@lookinggoodlicensing.com
**Telephone:** (802)362-4882
**Alt. Telephone:** (860)248-9838

## Certification

**Name:** David Denholm
**Date:** July 19, 2023



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-361-019

**Effective Date of Registration:**
July 19, 2023
**Registration Decision Date:**
September 05, 2023

## Title

**Title of Work:** May Lilly of the Valley

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** January 31, 2014
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Sandra E. Kuck
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Sandra E. Kuck
10318 Buena Ventura Drive, Boca Raton, FL, 33498

## Rights and Permissions

**Organization Name:** Looking Good Licensing, LLC.
**Name:** Paul Wheeler, Jr.
**Email:** paul@lookinggoodlicensing.com
**Telephone:** (802)362-4882
**Alt. Telephone:** (860)248-9838

## Certification

**Name:** David Denholm
**Date:** July 19, 2023

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-361-021

**Effective Date of Registration:**
July 19, 2023
**Registration Decision Date:**
September 05, 2023

---

## Title

| | |
|---|---|
| **Title of Work:** | Kissing Kitty |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2008 |
| **Date of 1st Publication:** | January 31, 2009 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **● Author:** | Sandra E. Kuck |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Sandra E. Kuck |
| | 10318 Buena Ventura Drive, Boca Raton, FL, 33498 |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Looking Good Licensing, LLC. |
| **Name:** | Paul Wheeler, Jr. |
| **Email:** | paul@lookinggoodlicensing.com |
| **Telephone:** | (802)362-4882 |
| **Alt. Telephone:** | (860)248-9838 |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | July 19, 2023 |

Page 1 of 2



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-362-314**

**Effective Date of Registration:**
July 19, 2023
**Registration Decision Date:**
September 13, 2023

---

### Title

| | |
|---|---|
| Title of Work: | Angel's Whisper |

### Completion/Publication

| | |
|---|---|
| Year of Completion: | 1997 |
| Date of 1st Publication: | January 31, 1998 |
| Nation of 1st Publication: | United States |

### Author

| | |
|---|---|
| • Author: | Sandra E. Kuck |
| Author Created: | 2-D artwork |
| Citizen of: | United States |

### Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Sandra E. Kuck |
| | 10318 Buena Ventura Drive, Boca Raton, FL, 33498 |

### Rights and Permissions

| | |
|---|---|
| Organization Name: | Looking Good Licensing, LLC. |
| Name: | Paul Wheeler, Jr. |
| Email: | paul@lookinggoodlicensing.com |
| Telephone: | (802)362-4882 |
| Alt. Telephone: | (860)248-9838 |

### Certification

| | |
|---|---|
| Name: | David Denholm |
| Date: | July 19, 2023 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

## VA 2-361-023

**Effective Date of Registration:**
July 19, 2023
**Registration Decision Date:**
September 05, 2023

---

## Title

**Title of Work:** July Water Lilly

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** January 31, 2014
**Nation of 1st Publication:** United States

## Author

**Author:** Sandra E. Kuck
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Sandra E. Kuck
10318 Buena Ventura Drive, Boca Raton, FL, 33498

## Rights and Permissions

**Organization Name:** Looking Good Licensing, LLC.
**Name:** Paul Wheeler, Jr.
**Email:** paul@lookinggoodlicensing.com
**Telephone:** (802)362-4882
**Alt. Telephone:** (860)248-9838

## Certification

**Name:** David Denholm
**Date:** July 19, 2023

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-361-025

**Effective Date of Registration:**
July 19, 2023
**Registration Decision Date:**
September 05, 2023

---

## Title

      **Title of Work:** Heavenly Whisper

## Completion/Publication

      **Year of Completion:** 1998
    **Date of 1st Publication:** January 31, 1999
    **Nation of 1ˢᵗ Publication:** United States

## Author

      **Author:** Sandra E. Kuck
    **Author Created:** 2-D artwork
      **Citizen of:** United States

## Copyright Claimant

    **Copyright Claimant:** Sandra E. Kuck
      10318 Buena Ventura Drive, Boca Raton, FL, 33498

## Rights and Permissions

    **Organization Name:** Looking Good Licensing, LLC.
      **Name:** Paul Wheeler, Jr.
      **Email:** paul@lookinggoodlicensing.com
    **Telephone:** (802)362-4882
    **Alt. Telephone:** (860)248-9838

## Certification

      **Name:** David Denholm
      **Date:** July 19, 2023

Page 1 of 2



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

**VA 2-362-308**

**Effective Date of Registration:**
July 19, 2023
**Registration Decision Date:**
September 13, 2023

---

### Title

Title of Work: Angels Descending

### Completion/Publication

Year of Completion: 1998
Date of 1st Publication: January 31, 1999
Nation of 1st Publication: United States

### Author

Author: Sandra E. Kuck
Author Created: 2-D artwork
Citizen of: United States

### Copyright Claimant

Copyright Claimant: Sandra E. Kuck
10318 Buena Ventura Drive, Boca Raton, FL, 33498

### Rights and Permissions

Organization Name: Looking Good Licensing, LLC.
Name: Paul Wheeler, Jr.
Email: paul@lookinggoodlicensing.com
Telephone: (802)362-4882
Alt. Telephone: (860)248-9838

### Certification

Name: David Denholm
Date: July 19, 2023

Page 1 of 2



## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

**VA 2-362-328**

**Effective Date of Registration:**
July 19, 2023
**Registration Decision Date:**
September 13, 2023

---

## Title

Title of Work: December Pointiseta

## Completion/Publication

Year of Completion: 2013
Date of 1st Publication: January 31, 2014
Nation of 1st Publication: United States

## Author

- Author: Sandra E. Kuck
Author Created: 2-D artwork
Citizen of: United States

## Copyright Claimant

Copyright Claimant: Sandra E. Kuck
10318 Buena Ventura Drive, Boca Raton, FL, 33498

## Rights and Permissions

Organization Name: Looking Good Licensing, LLC.
Name: Paul Wheeler, Jr.
Email: paul@lookinggoodlicensing.com
Telephone: (802)362-4882
Alt. Telephone: (860)248-9838

## Certification

Name: David Denholm
Date: July 19, 2023

Page 1 of 2



## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-361-020

**Effective Date of Registration:**
July 19, 2023
**Registration Decision Date:**
September 05, 2023

---

### Title

Title of Work: March Daffodil

### Completion/Publication

Year of Completion: 2013
Date of 1st Publication: January 31, 2014
Nation of 1st Publication: United States

### Author

Author: Sandra E. Kuck
Author Created: 2-D artwork
Citizen of: United States

### Copyright Claimant

Copyright Claimant: Sandra E. Kuck
10318 Buena Ventura Drive, Boca Raton, FL, 33498

### Rights and Permissions

Organization Name: Looking Good Licensing, LLC.
Name: Paul Wheeler, Jr.
Email: paul@lookinggoodlicensing.com
Telephone: (802)362-4882
Alt. Telephone: (860)248-9838

### Certification

Name: David Denholm
Date: July 19, 2023

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

Registration Number

**VA 2-361-017**

Effective Date of Registration:
July 19, 2023
Registration Decision Date:
September 05, 2023

## Title

| | |
|---|---|
| Title of Work: | Portrait of an Angel |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 1999 |
| Date of 1st Publication: | January 31, 2000 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | Sandra E. Kuck |
| Author Created: | 2-D artwork |
| Citizen of: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Sandra E. Kuck |
| | 10318 Buena Ventura Drive, Boca Raton, FL, 33498 |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | Looking Good Licensing, LLC. |
| Name: | Paul Wheeler, Jr. |
| Email: | paul@lookinggoodlicensing.com |
| Telephone: | (802)362-4882 |
| Alt. Telephone: | (860)248-9838 |

## Certification

| | |
|---|---|
| Name: | David Denholm |
| Date: | July 19, 2023 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-361-009

**Effective Date of Registration:**
July 19, 2023
**Registration Decision Date:**
September 05, 2023

---

## Title

| | |
|---|---|
| **Title of Work:** | Tea with Kitty |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 1996 |
| **Date of 1st Publication:** | January 31, 1997 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Sandra E. Kuck |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Sandra E. Kuck |
| | 10318 Buena Ventura Drive, Boca Raton, FL, 33498 |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Looking Good Licensing, LLC. |
| **Name:** | Paul Wheeler, Jr. |
| **Email:** | paul@lookinggoodlicensing.com |
| **Telephone:** | (802)362-4882 |
| **Alt. Telephone:** | (860)248-9838 |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | July 19, 2023 |

Page 1 of 2



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

**VA 2-362-324**

**Effective Date of Registration:**
July 19, 2023
**Registration Decision Date:**
September 13, 2023

---

## Title
_____

Title of Work: August Poppy

## Completion/Publication
_____

Year of Completion: 2013
Date of 1st Publication: January 31, 2014
Nation of 1st Publication: United States

## Author
_____

- Author: Sandra E. Kuck
Author Created: 2-D artwork
Citizen of: United States

## Copyright Claimant
_____

Copyright Claimant: Sandra E. Kuck
10318 Buena Ventura Drive, Boca Raton, FL, 33498

## Rights and Permissions
_____

Organization Name: Looking Good Licensing, LLC.
Name: Paul Wheeler, Jr.
Email: paul@lookinggoodlicensing.com
Telephone: (802)362-4882
Alt. Telephone: (860)248-9838

## Certification
_____

Name: David Denholm
Date: July 19, 2023

Page 1 of 2



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

**VA 2-362-329**

**Effective Date of Registration:**
July 19, 2023
**Registration Decision Date:**
September 13, 2023

---

### Title

| | |
|---|---|
| Title of Work: | Enchanted Cottage |

### Completion/Publication

| | |
|---|---|
| Year of Completion: | 1995 |
| Date of 1st Publication: | January 31, 1996 |
| Nation of 1st Publication: | United States |

### Author

| | |
|---|---|
| • Author: | Sandra E. Kuck |
| Author Created: | 2-D artwork |
| Citizen of: | United States |

### Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Sandra E. Kuck |
| | 10318 Buena Ventura Drive, Boca Raton, FL, 33498 |

### Rights and Permissions

| | |
|---|---|
| Organization Name: | Looking Good Licensing, LLC. |
| Name: | Paul Wheeler, Jr. |
| Email: | paul@lookinggoodlicensing.com |
| Telephone: | (802)362-4882 |
| Alt. Telephone: | (860)248-9838 |

### Certification

| | |
|---|---|
| Name: | David Denholm |
| Date: | July 19, 2023 |

Page 1 of 2



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-362-330

**Effective Date of Registration:**
July 19, 2023
**Registration Decision Date:**
September 13, 2023

---

### Title

| | |
|---|---|
| **Title of Work:** | February Violet |

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2013 |
| **Date of 1st Publication:** | January 31, 2014 |
| **Nation of 1st Publication:** | United States |

### Author

| | |
|---|---|
| **Author:** | Sandra E. Kuck |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

### Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Sandra E. Kuck |
| | 10318 Buena Ventura Drive, Boca Raton, FL, 33498 |

### Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Looking Good Licensing, LLC. |
| **Name:** | Paul Wheeler, Jr. |
| **Email:** | paul@lookinggoodlicensing.com |
| **Telephone:** | (802)362-4882 |
| **Alt. Telephone:** | (860)248-9838 |

### Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | July 19, 2023 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-361-016

**Effective Date of Registration:**
July 19, 2023
**Registration Decision Date:**
September 05, 2023

## Title

**Title of Work:** Puppy Love

## Completion/Publication

**Year of Completion:** 1990
**Date of 1st Publication:** January 31, 1991
**Nation of 1st Publication:** United States

## Author

- **Author:** Sandra E. Kuck
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Sandra E. Kuck
10318 Buena Ventura Drive, Boca Raton, FL, 33498

## Rights and Permissions

**Organization Name:** Looking Good Licensing, LLC.
**Name:** Paul Wheeler, Jr.
**Email:** paul@lookinggoodlicensing.com
**Telephone:** (802)362-4882
**Alt. Telephone:** (860)248-9838

## Certification

**Name:** David Denholm
**Date:** July 19, 2023



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

## VA 2-361-015

**Effective Date of Registration:**
July 19, 2023
**Registration Decision Date:**
September 05, 2023

---

## Title _____

**Title of Work:** Sun and Moon

## Completion/Publication _____

**Year of Completion:** 2000
**Date of 1st Publication:** January 31, 2001
**Nation of 1st Publication:** United States

## Author _____

**Author:** Sandra E. Kuck
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant _____

**Copyright Claimant:** Sandra E. Kuck
10318 Buena Ventura Drive, Boca Raton, FL, 33498

## Rights and Permissions _____

**Organization Name:** Looking Good Licensing, LLC.
**Name:** Paul Wheeler, Jr.
**Email:** paul@lookinggoodlicensing.com
**Telephone:** (802)362-4882
**Alt. Telephone:** (860)248-9838

## Certification _____

**Name:** David Denholm
**Date:** July 19, 2023

Page 1 of 2

