IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SANDRA. KUCK,<br><br>    Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>    Defendants. | Case No.: 1:24-cv-00114<br><br>Judge John F. Kness<br><br>Magistrate Judge Young B. Kim |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 45 | misppro-us |
| 17 | Fafashion Art |
| 30 | YaYiYo Gift & Decoration |
| 37 | F.LIN |
| 81 | Uqiangy |
| 103 | MINGJIU Art |
| 3 | 杨-立军 |
| 14 | huaxiao5dip-us |
| 50 | xixianxinqukonggangxinchengnaironghebaihuodian |
| 59 | xiang li shang mao |
| 75 | yuanzhououwuxuebaihuodian |
| 76 | anna diamond painting shop |
| 82 | Mawazo 42 |
| 68 | Aicassoer |
| 2 | Aile Decor |
| 16 | qinqinhe-bcao |
| 70 | AiqinAiqin |
| 80 | GUOYUCHENG |

DATED:  June 12, 2024                              Respectfully submitted,

<u>*/s/ Keith A. Vogt*</u>
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone:312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on June 12, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                                */s/ Keith A. Vogt*
                                                Keith A. Vogt